UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KAREN SMITH,
      Plaintiff-Appellee,

v.                                               Case Nos. 15-C-0849
                                                            15-C-0851

CAPITAL ONE BANK (USA) N.A., and
KOHN LAW FIRM S.C.,
      Defendants-Appellants.

---

## ORDER

Capital One Bank (USA) N.A. and Kohn Law Firm S.C. have filed motions for leave to appeal the bankruptcy court's grant of summary judgment to the debtor, Karen Smith. See 28 U.S.C. § 158(a)(3); Fed. R. Bankr. P. 8004. The debtor has not filed responses to the motions, and therefore I assume she does not oppose them. Moreover, I have reviewed the motions and conclude that leave to appeal should be granted.

Accordingly, **IT IS ORDERED** that Captial One's and Kohn Law Firm's motions for leave to appeal are **GRANTED**.

Dated at Milwaukee, Wisconsin this 31st day of August, 2015.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge